# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4047
_____

EAST 30A RESTAURANT
ASSOCIATES, a Florida Limited
Liability Company; KIM T.
SALLINGER, individually;
WILLIAM H. SHOAF, individually;
and JEFFREY T. BLATT,
individually,

     Appellants,

     v.

VILLAGE III, LLC, a Florida
Limited Liability Company,

     Appellee.

_____

On appeal from the Circuit Court for Walton County.
Terry D. Terrell, Judge.

October 31, 2019


PER CURIAM.

     AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Clay B. Adkinson of Adkinson Law Firm, LLC, DeFuniak Springs, for Appellants.

Scott M. Work of Robert A. Goodwin, III, P.A., Fort Walton Beach, for Appellee.

2